In the Matter of DANIEL DE MARCO, on Behalf of Himself and Others Similarly Situated, Respondent, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the State of New York, et al., Appellants.

Argued November 19, 1948; decided March 3, 1949.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., and Wendell P. Brown* of counsel), for appellants.

*John T. De Graff* and *John E. Holt-Harris, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.